THE HONORABLE BENJAMIN H. SETTLE

# UNTIED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| INDUSTRIAL TRAINING INTERNATIONAL LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CRANE INSPECTION & CERTIFICATION BUREAU, LLC,<br><br>    Defendant. | Case No. 3:23-cv-05674-BHS<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**January 17, 2024** |

Without submitting to the jurisdiction of this Court, Defendant Crane Inspection & Certification Bureau, LLC ("CICB") files this Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff Industrial Training International LLC's ("ITI") Complaint (the "Complaint") and would respectfully show as follows:

1. CICB's current deadline to answer or otherwise respond to the Complaint is January 31, 2024.

2. The parties are engaged in settlement negotiations and have therefore stipulated that CICB shall have up to and including March 29, 2024 to answer or otherwise respond to the Complaint.

STIPULATED MOTION AND
ORDER FOR EXTENSION OF TIME
[CASE No. 3:23-cv-05674-BHS]

-1-

Bracewell LLP
701 5th Avenue, Suite 3420
Seattle, WA 98104
206-204-6200 (t)

3. Counsel for CICB has conferred with counsel for ITI with respect to the matters set forth in this motion. ITI has stipulated to the requested extension.

4. This request for extension of time to answer or otherwise respond is not for delay but for good cause and so that justice may be served. Specifically, CICB needs additional time to, among other things, analyze ITI's claims, continue settlement negotiations, and determine how to plead or otherwise respond.

5. This motion shall not constitute a waiver of any objection, claim, or defense regarding venue, jurisdiction, or otherwise that CICB may raise when answering or otherwise responding to the Complaint.

Accordingly, CICB, without submitting to the jurisdiction of this Court, respectfully requests that this Court grant this motion and allow CICB up to and including March 29, 2024 to answer or otherwise respond to the Complaint.

RESPECTFULLY SUBMITTED.

Dated: January 17, 2024

**BRACEWELL LLP**

*/s/ Jeffrey E. Danley*
Jeffrey E. Danley, WSBA No. 52747
701 Fifth Avenue, Suite 3420
Seattle, WA 98104
Telephone: (206) 204-6200
Facsimile: (800) 404-3970
jeff.danley@bracewell.com

-and-

Jonathon K. Hance (pro hac vice)
Texas Bar No. 24065364
L. Andrew Taggart (pro hac vice)
Texas Bar No. 24093238
711 Louisiana St., Suite 2300
Houston, TX 77002
Telephone: (713) 223-2300
Facsimile: (800) 404-3970
jonathon.hance@bracewell.com
drew.taggart@bracewell.com

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME
[CASE No. 3:23-cv-05674-BHS]

-2-

Bracewell LLP
701 5th Avenue, Suite 3420
Seattle, WA 98104
206-204-6200 (t)

ATTORNEYS FOR DEFENDANT
CRANE INSPECTION &
CERTIFICATION BUREAU, LLC

-and

**SEED IP LAW GROUP LLP**

/s/*Marc C. Levy*
Marc C. Levy, WSBA No. 19203
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Facsimile: (206) 682-6031
MarcL@seedip.com

ATTORNEY FOR PLAINTIFF
INDUSTRIAL TRAINING
INTERNATIONAL LLC

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME
[CASE No. 3:23-cv-05674-BHS]

-3-

Bracewell LLP
701 5th Avenue, Suite 3420
Seattle, WA 98104
206-204-6200 (t)

**ORDER**

The Court has reviewed the parties' Stipulated Motion and finds it should be granted.

It is therefore ORDERED that Defendant Crane Inspection & Certification Bureau, LLC's time to answer or otherwise respond to the complaint is extended up to and including March 29, 2024.

DATED this 17th day of January, 2024.

_____
THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE