THE HONORABLE BENJAMIN H. SETTLE

# UNTIED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| INDUSTRIAL TRAINING INTERNATIONAL LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CRANE INSPECTION & CERTIFICATION BUREAU, LLC,<br><br>　　　　　Defendant. | Case No. 3:23-cv-05674-BHS<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**March 21, 2024** |

Without submitting to the jurisdiction of this Court, Defendant Crane Inspection & Certification Bureau, LLC ("CICB") files this Stipulated Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff Industrial Training International LLC's ("ITI") Complaint (the "Complaint") and would respectfully show as follows:

　　　1.　　CICB's current deadline to answer or otherwise respond to the Complaint is March 29, 2024.

　　　2.　　The parties are engaged in settlement negotiations and have therefore stipulated that CICB shall have up to and including May 31, 2024 to answer or otherwise respond to the Complaint.

　　　3.　　Counsel for CICB has conferred with counsel for ITI with respect to the matters set forth in this motion. ITI has stipulated to the requested extension.

| | | |
|---|---|---|
| STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME<br>[CASE No. 3:23-cv-05674-BHS] | -1- | Bracewell LLP<br>701 5th Avenue, Suite 3420<br>Seattle, WA 98104<br>206-204-6200 (t) |

4. This request for extension of time to answer or otherwise respond is not for delay but for good cause and so that justice may be served. Specifically, CICB needs additional time to, among other things, analyze ITI's claims, continue settlement negotiations, and determine how to plead or otherwise respond.

5. This motion shall not constitute a waiver of any objection, claim, or defense regarding venue, jurisdiction, or otherwise that CICB may raise when answering or otherwise responding to the Complaint.

Accordingly, CICB, without submitting to the jurisdiction of this Court, respectfully requests that this Court grant this motion and allow CICB up to and including May 31, 2024 to answer or otherwise respond to the Complaint.

RESPECTFULLY SUBMITTED.

Dated: March 21, 2024

**BRACEWELL LLP**

*/s/ Jeffrey E. Danley*
Jeffrey E. Danley, WSBA No. 52747
701 Fifth Avenue, Suite 3420
Seattle, WA 98104
Telephone: (206) 204-6200
Facsimile: (800) 404-3970
jeff.danley@bracewell.com

-and

Jonathon K. Hance (pro hac vice)
Texas Bar No. 24065364
L. Andrew Taggart (pro hac vice)
Texas Bar No. 24093238
711 Louisiana St., Suite 2300
Houston, TX 77002
Telephone: (713) 223-2300
Facsimile: (800) 404-3970
jonathon.hance@bracewell.com
drew.taggart@bracewell.com

ATTORNEYS FOR DEFENDANT
CRANE INSPECTION &
CERTIFICATION BUREAU, LLC

|   |   |
|---|---|
| 1 | -and |
| 2 | **SEED IP LAW GROUP LLP** |
| 3 | |
| 4 | /s/*Marc C. Levy* |
|   | Marc C. Levy, WSBA No. 19203 |
| 5 | 701 Fifth Avenue, Suite 5400 |
|   | Seattle, WA 98104 |
| 6 | Telephone: (206) 622-4900 |
|   | Facsimile: (206) 682-6031 |
| 7 | MarcL@seedip.com |
| 8 | ATTORNEY FOR PLAINTIFF |
|   | INDUSTRIAL TRAINING |
| 9 | INTERNATIONAL LLC |

(Lines 10–28 blank)

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME
[CASE No. 3:23-cv-05674-BHS]

-3-

Bracewell LLP
701 5th Avenue, Suite 3420
Seattle, WA 98104
206-204-6200 (t)

**ORDER**

The Court has reviewed the parties' Stipulated Motion and finds it should be granted.

It is therefore ORDERED that Defendant Crane Inspection & Certification Bureau, LLC's time to answer or otherwise respond to the complaint is extended up to and including May 31, 2024.

DATED this 21st day of March, 2024.

_____
THE HONORABLE BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE